**Order entered June 29, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00101-CV

**STACEY DORFMAN KIVOWITZ, SAMUEL GRANT DORFMAN, SCI TEXAS FUNERAL SERVICES, LLC D/B/A SPARKMAN/HILLCREST FUNERAL HOME AND D/B/A HILLCREST MAUSOLEUM AND MEMORIAL PARK, Appellants**

**V.**

**LOUIS DORFMAN, SR., Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-13563**

### ORDER
Before Chief Justice Burns, Justice Goldstein, and Justice Smith

Before the Court is appellee's motion to dismiss the appeal of Stacey Dorfman Kivowitz and Samuel Grant Dorfman. We **DENY** the motion.

We **ORDER** appellants to file their briefs on the merits no later than July 29, 2021.

/s/     BONNIE LEE GOLDSTEIN
          JUSTICE